■ In the Matter of STEPHEN A. et al.—Motion to vacate dismissal of appeal denied. Memorandum: The motion is untimely *(see,* 22 NYCRR 1000.3 [b] [2] [i]). Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ ROGERS HICKS, Appellant, v GARY WOJTAN, Respondent. In the Matter of ROGERS HICKS, Petitioner, v MICHAEL F. DILLON et al., Respondents.—Motions for reargument or leave to appeal to the Court of Appeals and to amend order denied. Memorandum: The motions are denied for the reason that the appeal lacks merit. Present—Dillon, P. J., Doerr, Boomer, Green and Balio, JJ.

■ LOUISE SAELI, Appellant, v ANTHONY SAELI et al., Respondents.—Motion by appellant's attorney to withdraw as counsel and for an extension of time granted. Appellant's records and briefs are to be filed and served on or before February 9, 1989; if not so filed and served, the appeal shall be dismissed whether or not the client has retained new counsel *(see,* CPLR 321 [c]). Present—Callahan, J. P., Doerr, Denman, Boomer and Green, JJ.

■ In the Matter of HILLARY BEST, Petitioner, v THOMAS COUGHLIN et al., Respondents.—Motion to be relieved of abandonment and dismissal of transferred proceeding dismissed as untimely *(see,* 22 NYCRR 1000.3 [b] [2] [i]). Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ PEOPLE v FRANCIS ELKIN, JR., Defendant.—Motion to extend time to take appeal denied as unnecessary; notice of appeal filed and served on March 22, 1988 deemed valid *(see,* CPL 460.10 [6]). Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ PEOPLE, Appellant, v SANTIAGO MACHUCA, Respondent.—Motion for leave to respond to appeal as poor person and for assignment of counsel granted; cross appeal dismissed *(see,* CPL 450.10). Present—Dillon, P. J., Boomer, Balio, Lawton and Davis, JJ.